IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID KLOSSNER, Individually and d/b/a KDA REALTY LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. |
| ZURICH AMERICAN INSURANCE COMPANY and AMERICAN ZURICH INSURANCE COMPANY, | ) ) ) ) | 3:25-CV-3251-G-BN |
| Defendants. | ) ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the court should remand this lawsuit to the state district court from which it was removed for lack of subject matter jurisdiction.  *See* Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("FCR") (docket entry 20).  But the United States Magistrate Judge recommended that if, within the time to file objections, the defendants Zurich American Insurance Company and American Zurich Insurance Company provide evidence to support their jurisdictional allegations, the court should deny the plaintiff's motion to remand (docket entry 5) and retain jurisdiction over this lawsuit.  *See* FCR.

The defendants filed objections and submitted evidence to support their jurisdictional allegations.  *See* docket entry 21.  The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which

objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DENIES** the plaintiff's motion to remand (docket entry 5).

  **SO ORDERED**.

March 9, 2026.

              */s/ A. Joe Fish*
              **A. JOE FISH**
              **Senior United States District Judge**